THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jeffrey Bailey, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Gordon G. Cooper, Circuit Court Judge

Unpublished Opinion No. 2010-UP-092
 Submitted February 1, 2010  Filed
February 3, 2010    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jeffrey Bailey appeals his probation revocation, arguing the trial
 court erred in revoking his probation without a sufficient evidentiary basis and
 a finding of willfulness.  We
 affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v. White,
 218 S.C. 130, 134-35, 61 S.E.2d 754, 756 (1950) (stating the decision to revoke
 probation is addressed to the discretion of the trial court);   State
 v. Hamilton, 333 S.C. 642, 647, 511
 S.E.2d 94, 96 (Ct. App. 1999) (holding an appellate court's authority to review
 a probation revocation is confined to correcting errors of law unless the lack
 of legal or evidentiary basis indicates the circuit judge's decision was
 arbitrary and capricious); Id. at 649, 511 S.E.2d at 97 ("[I]n those cases involving the failure to pay
 fines or restitution, the circuit judge must, in addition to finding sufficient
 factual evidence of the violation, make an additional finding of
 willfulness.").
AFFIRMED.  
HUFF, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.